[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-11177
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 15, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 97-00281-CR-2-LSC-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERAINO ADARRY BIVINS,
a.k.a. Dog,
a.k.a. Thomas W Moon,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(January 15, 2010)

Before EDMONDSON, BLACK and ANDERSON, Circuit Judges.

PER CURIAM:

Joseph A. Ingram, appointed counsel for Teraino Adarry Bivins, in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and the district court's order revoking Bivins's supervised release and imposing his 24-month sentence under 18 U.S.C. § 3583(e)(3) is **AFFIRMED**.